IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONNIE G. BROMLEY, JR.                                                                    PLAINTIFF

v.                                            CIVIL NO. 23-2004

MARTIN J. O'MALLEY,[1] Commissioner
Social Security Administration                                                            DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 17th day of January 2024.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

---

[1] Martin J. O'Malley, has been appointed to serve as Commissioner of Social Security Administration and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.